IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA LUCADOU, | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 23-3347 |
| FOUR SEASONS DEVELOPMENT CO., | § | |
| INC.; FOUR SEASONS BUSINESS PARK | § | JURY DEMANDED |
| CO., INC.; FOUR SEASONS BUSINESS | § | |
| PARK I, LLC; and FOUR SEASONS | § | |
| BUSINESS PARK II, LTD. | § | |
| | § | |
| *Defendants*. | | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Maria Lucadou and Defendants Four Seasons Development Co., Inc.; Four Seasons Business Park Co., Inc.; Four Seasons Business Park I, LLC; and Four Seasons Business Park II, Ltd. (collectively referred to as "Defendants"), file this Joint Motion to dismiss with Prejudice the above-styled cause (the "Lawsuit").

### I.

### FULL AND FINAL RESOLUTION OF CLAIMS BETWEEN PLAINTIFF AND DEFENDANTS

Plaintiff and all Defendants have amicably settled all claims pending in this Lawsuit and now desire to dismiss such claims and causes of action, with prejudice to re-filing of same.

## II.

## COSTS & FEES

Plaintiff and Defendants agree that all costs incurred by each party to this Joint Motion to Dismiss with Prejudice in this proceeding are to be paid by the party incurring same except as otherwise allocated in their settlement agreement.

## PRAYER

Plaintiff and Defendants pray that the Court consider this Joint Motion to Dismiss with Prejudice, and that, upon due review, the Court GRANT this Joint Motion to Dismiss with Prejudice.

Respectfully Submitted,

/s/ Duchoang Pham
Duchoang Pham
Attorney-in-Charge
Texas State Bar No. 24116900
S.D. Texas Fed. ID No. 3470605
Equal Justice Center
2925 Richmond Ave., Ste. 1231
Houston, TX 77098
Fax (512) 474-0008
Tel (832) 441-4787
Email: dpham@equaljusticecenter.org

Counsel for Plaintiff


/s/ Duchoang Pham (w/p/o Susan E. Cates)
Susan E. Cates
Attorney-in-Charge
Texas Bar No. 24044932
McFadden Trachtenberg PLLC
4200 Montrose Boulevard, Ste. 300
Houston, Texas 77006
Telephone: (713) 688-6789
Facsimile: (713) 688-6789
Email: susan@greatlaw.com

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 6, 2025, I electronically filed the attached document. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System.

      /s/ Duchoang Pham
      Duchoang Pham