United States District Court
Southern District of Texas
**ENTERED**
February 14, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA LUCADOU, | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 23-3347 |
| FOUR SEASONS DEVELOPMENT CO., | § | |
| INC.; FOUR SEASONS BUSINESS PARK | § | JURY DEMANDED |
| CO., INC.; FOUR SEASONS BUSINESS | § | |
| PARK I, LLC; and FOUR SEASONS | § | |
| BUSINESS PARK II, LTD. | § | |
| | § | |
| *Defendants*. | | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On the below date, the Court considered Plaintiff Maria Lucadou and Defendants Four Seasons Development Co., Inc.; Four Seasons Business Park Co., Inc.; Four Seasons Business Park I, LLC; and Four Seasons Business Park II, Ltd.'s (collectively referred to as "Defendants") Joint Motion to Dismiss with Prejudice. After considering the Motion, the Court is of the opinion that said Motion should be GRANTED. It is therefore ORDERED that the Joint Agreed Motion to Dismiss with Prejudice is GRANTED and all claims as asserted by and between Plaintiff and Defendants are dismissed with prejudice as to the right of refiling same or any part thereof.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that all costs be assessed against the party incurring the same except as otherwise agreed to by the parties in writing.

SIGNED THIS 14th day of February, 2025.

_____
Hon. Charles Eskridge
United States District Judge